B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania
### Philadelphia Division

In re **Pennsylvania Academy of Music**, Debtor

Case No. **10-14377**
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| McNees, Wallace & Nurick<br>100 Pine St<br>P.O. Box 1166<br>Harrisburg, PA 17108 | McNees, Wallac & Nurick<br><br>McNees, Wallace & Nurick<br>100 Pine St<br>P.O. Box 1166<br>Harrisburg, PA 17108 | Legal Services | DISPUTED | $41,485.27 |
| Constellation NewEnergy<br>100 Constellation Way<br>Suite 1200C<br>Baltimore, MD 21202 | Constellation NewEnergy<br><br>Constellation NewEnergy<br>100 Constellation Way<br>Suite 1200C<br>Baltimore, MD 21202 | Computer | | $31,949.76 |
| Union National Community Bank<br>570 Lausch Lane<br>Lancaster, PA 17601 | Union National Community Bank<br><br>Union National Community Bank<br>570 Lausch Lane<br>Lancaster, PA 17601 | Rent | DISPUTED | $20,000.00 |
| Health Assurance PA<br>3721 TecPort Dr.<br>P.O. Box 67103<br>Harrisburg, PA 17106 | Health Assurance PA<br><br>Health Assurance PA<br>3721 TecPort Dr.<br>P.O. Box 67103<br>Harrisburg, PA 17106 | Health Insurance | | $9,966.81 |
| UGI Credit<br>P.O. Box 13009<br>Reading, PA 19612 | UGI<br><br>UGI Credit<br>P.O. Box 13009<br>Reading, PA 19612 | Utilities | | $4,986.12 |
| Bank of America<br>P.O. Box 15184<br>Wilmington, DE 19850-5184 | Bank of America<br><br>Bank of America<br>P.O. Box 15184<br>Wilmington, DE 19850-5184 | Credit Cards | | $4,425.58 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Pennsylvania Academy of Music                              Case No. 10-14377
                        Debtor                                    Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PPL<br>827 Hausman Rd<br>Allentown, PA 18104 | PPL<br>827 Hausman Rd<br>Allentown, PA 18104 | Utilities | | $3,543.60 |
| Colony Products, Inc.<br>799 Flory Mill Rd<br>Lancaster, PA 17601 | Colony Products, Inc.<br>799 Flory Mill Rd<br>Lancaster, PA 17601 | Copier | | $2,548.58 |
| Ohio Casualty<br>62 Maple Ave.<br>Attn: Stephanie<br>Mailstop 147<br>Keene, NH 03431 | Ohio Casualty<br>62 Maple Ave.<br>Attn: Stephanie<br>Mailstop 147<br>Keene, NH 03431 | Insurance | | $2,287.83 |
| Dynatech Control Solutions<br>15 Hazelwood Dr.<br>Suite 100<br>Amherst, NY 14228 | Dynatech Control Solutions<br>15 Hazelwood Dr.<br>Suite 100<br>Amherst, NY 14228 | Computer | | $1,000.00 |
| SofterWare, Inc.<br>132 Welsh Rd.<br>Suite 140<br>Horsham, PA 19044 | SofterWare, Inc.<br>132 Welsh Rd.<br>Suite 140<br>Horsham, PA 19044 | Computer Software | | $945.00 |
| Markley Actuarial Service<br>8 N. Queen St.<br>Suite 900<br>Lancaster, PA 17603 | Markley Actuarial Service<br>8 N. Queen St.<br>Suite 900<br>Lancaster, PA 17603 | Actuarial Services | | $768.75 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Pennsylvania Academy of Music**, Case No. **10-14377**
Debtor
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lain Piano Service<br>296 Rolling Terrace<br>Leola, PA 17540 | Lain Piano Service<br>296 Rolling Terrace<br>Leola, PA 17540 | Repair Services | | $715.00 |
| Tygris Vendor Finance<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | Tygris Vendor Finance<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | Copier | | $688.60 |
| YWCA<br>100 N. Lime St.<br>Lancaster, PA 17602 | YWCA<br>100 N. Lime St.<br>Lancaster, PA 17602 | Miscellaneous | | $585.00 |
| Windstream Corporation<br>Attn: Bankruptcy<br>1720 Galleria Blvd.<br>Charlotte, NC 28270 | Windstream Corporation<br>Attn: Bankruptcy<br>1720 Galleria Blvd.<br>Charlotte, NC 28270 | Telephone Services | | $582.61 |
| Wells Fargo Financial<br>1941 Fruitville Pike<br>Lancaster, PA 17601 | Wells Fargo Financial<br>1941 Fruitville Pike<br>Lancaster, PA 17601 | Miscellaneous | | $549.41 |
| Idearc Media Corporation<br>4000 Crums Mill Road<br>Harrisburg, PA 17112 | Idearc Media Corporation<br>4000 Crums Mill Road<br>Harrisburg, PA 17112 | Advertising | | $484.42 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Pennsylvania Academy of Music              , Case No. 10-14377
                Debtor                                       Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lancaster Trophy House<br>116 W. Orange St.<br>Lancaster, PA 17603 | Lancaster Trophy House<br>116 W. Orange St.<br>Lancaster, PA 17603 | Awards | | $480.00 |
| Dougherty Office Supply<br>234 N. Arch St.<br>Lancaster, PA 17603 | Dougherty Office Supply<br>234 N. Arch St.<br>Lancaster, PA 17603 | Office Supplies | | $412.72 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, D. Holmes Morton, Chairperson of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 5-27-2010          Signature: _[signature]_

D. Holmes Morton, Chairperson
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.