UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

                                      Case No. 10-14377

PENNSYLVANIA ACADEMY OF MUSIC
    Debtor                                             Chapter 11

**MOTION FOR AUTHORIZATION TO SELL
PERSONAL PROPERTY PURSUANT TO §363 OF THE BANKRUPTCY CODE**

TO THE HONORABLE JEAN K. FITZSIMON, BANKRUPTCY JUDGE:

       PENNSYLVANIA ACADEMY OF MUSIC, Debtor and Debtor-in-Possession herein, moves the Court for an Order as follows:

       1. This Court has jurisdiction of this matter under 28 U.S.C. §§ 1334 and 157.

       2. Debtor filed a petition commencing this case under Chapter 11 of the Bankruptcy Code on May 27, 2010, and is now operating its business as a Debtor-in-Possession.

       3. Among the assets which constitute property of the Debtor's estate is office equipment and furnishings, more fully described in **Exhibit "A"** hereto attached.

       4. Debtor has made a search of the public records and asserts that no creditors assert liens against the items being sold.

       5. Debtor desires to sell the assets listed at private sale to Millersville University, Millersville, Pennsylvania, for the sum of $9,999.00.

       6. Debtor has had two auctioneers view the items proposed to be be sold, both of whom have orally advised Debtor that the net value which could be realized after payment of the expenses of moving the items to an auction house, preparing the items for auction, advertising, and auctioneer expenses and commission would be less than the bulk amount offered by Millersville University.

       WHEREFORE, Debtor prays for an order permitting the sale of the office equipment and furnishings to Millersville University for the sum of $9,999.00 and for such other and further relief as is just.

July 12, 2010                                                             JACQUES H. GEISENBERGER, JR., P. C.
                                                                          By: /s/ Jacques H. Geisenberger, Jr.
                                                                               Jacques H. Geisenberger, Jr.
                                                                               I.D. No. 06947
                                                                               Attorney for Debtor and D-I-P
                                                                               WHEATLAND PLACE
                                                                               941 WHEATLAND AVE - STE 403
                                                                               LANCASTER PA 17603-3180
                                                                               (717) 397-3500