UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Case No. 10-14377

PENNSYLVANIA ACADEMY OF MUSIC
   Debtor

Chapter 11

### ORDER

And Now upon the Motion of Debtor praying for authority to Authorization to Sell Personal Property ("Motion"), after Notice and Hearing, and without Objection thereto, the Court makes a finding that this sale of Personal Property is in the best interest of creditors and the Estate and therefore it is hereby:

ORDERED that Debtor is hereby authorized to sell and convey said personal property, specifically Office Equipment and Furnishing, as listed on Exhibit "A" of the Motion which is specifically incorporated herein, to Millersville University, Millersville, Pennsylvania, for $9,999.00.

BY THE COURT:

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Dated: August 24, 2010

2010141D363MU.BAN/7