UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Case No. 10-14377

PENNSYLVANIA ACADEMY OF MUSIC
   Debtor

Chapter 11

## ORDER

Upon consideration of the Motion for Further Extension of Time of the Exclusivity Period for Debtor to File Plan and to Secure Acceptance of a Plan under Section 1121 (b and c) of the Bankruptcy Code filed by Debtor on January 18, 2011, after written Notice and Opportunity for Hearing given to all Creditors and upon certification by Counsel for Debtor of no opposition, it is hereby ORDERED:

THAT the exclusive period for Debtor to file a Plan is extended until June 1, 2011, and Debtor is given until August 1, 2011, to solicit Acceptance of said Plan.

BY THE COURT:

Jean K. FitzSimon
United States Bankruptcy Judge

Dated: 2/23/2011

20101411.ban/20